EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Amalia María Toledo Hernández | 2007 TSPR 106<br><br>171 DPR _____ |

Número del Caso: TS-15733

Fecha: 1 de junio de 2007

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Amalia María Toledo Hernández

TS-15733

RESOLUCION

San Juan, Puerto Rico, a 1 de junio de 2007.

Atendida la "Moción Solicitando Baja Voluntaria" de 24 de abril de 2007, presentada por el Colegio de Abogados de Puerto Rico se autoriza a la Lcda. Amalia María Toledo Hernández, a darse de baja como abogada, según solicitado por ésta.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo